IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Miguel Angel ESCALANTE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> *Defendants*. | No. 1:22-cv-541-RJL |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiffs Miguel Angel Escalante, Kenet Jefet Hernandez Herrera, Anna Sorokin, and Ramon Dominguez Gonzalez (collectively "Plaintiffs") submit this notice of voluntary dismissal of all claims, without prejudice, in the above captioned case.

On March 1, 2022, Plaintiffs filed this action challenging failure by U.S. Immigration and Customs Enforcement ("ICE") and Department of Homeland Security ("DHS") (collectively "Defendants") to provide them with COVID-19 vaccine booster doses. Plaintiffs are all medically vulnerable people held in ICE detention while awaiting adjudication of their civil immigration cases. Plaintiffs were all eligible for and requested COVID-19 booster shots at their detention facilities, but were told that none were available, or that they should wait an indeterminate period of time, or their requests were simply ignored.

After Plaintiffs filed this action, Defendants coordinated to provide booster doses to Plaintiffs, who have now all received COVID-19 booster shots. As of Defendants' response, three "Plaintiffs' . . . claims have been rendered moot through the administration of a COVID-19 booster vaccination." Defs.' Mem. Resp. Pls.' Appl. for TRO, Dkt. No. 9 at 2. Following

Defendants' response, the remaining Plaintiff also received an mRNA COVID-19 booster shot on March 9, 2022, and therefore had his claim rendered moot. *See* Defs.' Supp. Mem., Dkt. 10. Defendants have not filed an answer or a motion for summary judgment. No class has been certified in this case. Therefore, Plaintiffs hereby voluntarily dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

March 11, 2022

/s/ Eunice H. Cho
Eunice H. Cho†
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth St. NW, 7th Floor
Washington, DC 20005
(202) 548-6616
echo@aclu.org

Michael Tan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS'RIGHTS PROJECT
Aditi Shah
NATIONAL PRISON PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600
mtan@aclu.org
ashah@aclu.org

† Bar application pending in DC; practice limited to federal courts

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
915 Fifteenth St. NW, 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

My Khanh Ngo
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS'RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0764
mngo@aclu.org

*Counsel for Plaintiffs*